IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. MAGISTRATE JUDGE GORDON P. GALLAGHER

15-mj-00002-GPG
Date: December 30, 2015

UNITED STATES OF AMERICA,
Plaintiff,

v.

COREY MAYBERRY,
Defendant.

## ORDER

The Court finds that no proof of Community Service has been filed.

A Review Hearing is set for January 19, 2016 at 11:30 a.m. before Magistrate Judge Gordon P. Gallagher.

Defendant must be present.

Done this 30th day of December, 2016.

Gordon P. Gallagher
MAGISTRATE JUDGE